Eastern District of Kentucky
**FILED**

MAY 23 2024

AT LONDON
ROBERT R. CARR
CLERK U.S DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**UNITED STATES OF AMERICA**

V.

**INDICTMENT NO.** 7:24-CR-008-KKC
**18 U.S.C. § 922(g)(1)**

**STEPHEN CRAIG CALHOUN,**
   aka **FIDGET**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 29, 2022, in Knott County, in the Eastern District of Kentucky,

**STEPHEN CRAIG CALHOUN,**
aka **FIDGET,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus, PT709 9mm pistol with serial number TFR04525, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATIONS
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense charged in this Indictment, **STEPHEN CRAIG CALHOUN, aka FIDGET,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations

of 18 U.S.C. § 922. Any and all interest that **STEPHEN CRAIG CALHOUN, aka FIDGET**, has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

   **FIREARMS AND AMMUNITION:**
   a. Taurus PT709, 9mm pistol S/N: TFR04525; and
   b. All associated ammunition and accessories.

A TRUE BILL

[signature]

---
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:**         Forfeiture of all listed property.

**PLUS:**         Mandatory special assessment of $100.

**PLUS:**         Restitution, if applicable.