UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CRIMINAL NO. 5:24-cr-00008-KKC-EBA-1

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.

STEPHEN CRAIG CALHOUN                                                                   DEFENDANT

ENTRY OF APPEARANCE

Comes the undersigned counsel and hereby gives notice that he has been retained to represent the Defendant, Stephen Craig Calhoun, in the above styled action. All future correspondence, pleadings, etc. shall be directed to the undersigned's attention.

RESPECTFULLY SUBMITTED,

S/NED PILLERSDORF
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
pillersn@gmail.com

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served via electronic delivery to the Clerk, United States District Court, by using the CM/ECF system on the 18th day of June, 2024.

S/NED PILLERSDORF
NED PILLERSDORF